# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

153194

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CRISTY JEAN WILSON,
     Defendant-Appellant.

SC: 153194
COA: 330799
Chippewa CC: 14-001527-FC

_____/

On order of the Court, the application for leave to appeal the February 4, 2016 order of the Court of Appeals is considered. We DIRECT the Chippewa County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



t0914

Clerk